

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FITZGERALD JOHNSON | CIVIL ACTION |
| VERSUS | NO. 06-9670 |
| CHARLES FOTI | SECTION "F"(2) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Fitzgerald Johnson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 25th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____